SHAW, Justice.
We have for review Santoro v. State, 644 So.2d 585 (Fla. 5th DCA 1994), based on conflict with Ashley v. State, 614 So.2d 486 (Fla.1993). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
Our decision in State v. Blackwell, No. 84,071, - So.2d - [1995 WL 424180] (Fla. July 20,1995), is dispositive of this case. We quash Santoro and remand for proceedings consistent with Blackwell.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.